**Clyde JOHNSON, Appellant,**

v.

**Davis Henry LOFTIN, Attorney at Law; Public Defenders Office, Appellees.**

No. 01–2332.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 26, 2001.

Filed Jan. 2, 2002.

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Clyde Johnson appeals from the district court's [1] 28 U.S.C. § 1915A dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo review), we agree with the district court that dismissal was warranted. *See City of Canton v. Harris*, 489 U.S. 378, 385, 109 S.Ct. 1197, 103 L.Ed.2d 412 (1989); *Polk County v. Dodson*, 454 U.S. 312, 325, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47A(a).

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.